CHRIS M. HEIKAUS WEAVER, Bar No. 231907
*chris@achwlaw.com*
**Aitken Campbell Heikaus Weaver, LLP**
3890 Eleventh St., Suite 210
Riverside, CA 92501
Telephone: (951) 530-4840
Facsimile: (951) 344-1762
*Local Counsel for Plaintiffs*

REBECCA HOULDING
rebecca@joshuafriedmanesq.com
GISELLE SCHUETZ
giselle@joshuafriedmanesq.com
**Law Offices of Joshua Friedman, P.C.**
1050 Seven Oaks Ln.
Mamaroneck, NY 10543
Telephone: (888) 369-1119 x8
Facsimile: (866) 731-5553
*Admitted Pro Hac Vice on Behalf of Plaintiffs*

JOHN L. BARBER, SB# 160317
    E-Mail: John.Barber@lewisbrisbois.com
RACHEL J. LEE, SB# 225263
    E-Mail: Rachel.Lee@lewisbrisbois.com
SUZETTY SHEN, SB # 287394
    E-Mail: Suzetty.Shen@lewisbrisbois.com\
**Lewis Brisbois Bisgaard & Smith, LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant CRST Expedited, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATHY SELLARS, CLAUDIA LOPEZ, and LESLIE FORTUNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED, INC.<br><br>Defendant. | CASE NO. 5:15-CV-00969 PA (DTBx)<br><br>The Hon. Percy Anderson<br><br>**STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  May 18, 2015<br>Trial Date:          None Set |

4846-3514-4232.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the action without prejudice. This is the first dismissal.

The parties further stipulate that the statutes of limitations applicable to Plaintiffs' claims, including but not limited to Plaintiffs' deadlines to file their claims in court following receipt of notices of right to sue from any state or federal agencies, are extended until the day following the Plaintiffs' re-filing in the Northern District of Iowa, and that any claim that was timely filed in the instant action will be deemed timely re-filed.

By agreeing to this stipulation, Defendant shall not waive any defense that existed as of the time Plaintiffs filed the instant action.

**IT IS HEREBY STIPULATED.**

DATED: September 18, 2015      LAW OFFICES OF JOSHUA FRIEDMAN, P.C.

By: /s/ Giselle Schuetz
Giselle Schuetz, Esq.
Attorney for Plaintiffs CATHY SELLARS, CLAUDIA LOPEZ and LESLIE FORTUNE

DATED: September 18, 2015      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Suzetty C. Shen
Suzetty C. Shen, Esq.
Attorney for Defendant CRST EXPEDITED, INC.

**Attestation Regarding Signatures:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Giselle Schuetz, attest that all signatories listed, and on whose behalf the filing this is submitted, concur in the filing's content and have authorized the filing.

1 | DATED: September 18, 2015      By:     /s/ Giselle Schuetz
2 |                                         Giselle Schuetz, Esq.
3 |                                         Attorney for Plaintiffs CATHY SELLARS, CLAUDIA LOPEZ and LESLIE FORTUNE

4846-3514-4232.1

3

STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)